Peter Lawrence Kaufman
LEVIN PAPANTONIO THOMAS MITCHELL ECHSNER & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
Telephone: (850) 435-7106
Facsimile: (850) 436-6107
pkaufman@levinlaw.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

**MDL NO. 1699**
**District Judge: Charles R. Breyer**

This Document Relates to:

*Kevin Gribbon v. Pfizer Inc, et al.* (Case No. 06-0423 CRB)

*Mark Coats v. Pfizer Inc, et al.* (Case No. 06-4048 CRB)

**STIPULATION AND ORDER OF DISMISSAL OF ALL REMAINING PLAINTIFFS WITH PREJUDICE**

Come now all remaining Plaintiffs in these actions, including but not limited to Kathleen Gribbon (Case No. 06-0423 CRB) and Sylvia St. Pierre (Case No. 06-4048 CRB), and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions with prejudice, with each side bearing its own attorneys' fees and costs.

DATED: Nov. 4, 2009 By:______________________

LEVIN PAPANTONIO THOMAS MITCHELL ECHSNER & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
Telephone: (850) 435-7106
Facsimile: (850) 436-6107
*Attorneys for Plaintiffs*

DATED: Nov. 4, 2009 By: ______________________

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: ____________

______________________
Hon. Charles R. Breyer
United States District Court